1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AG GROWER SALES, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>DELTA FRESH FRUIT, INC., a corporation; PREMIER FRESH, business form unknown; EDGAR BARAJAS, an individual; JULISA NIEVAS-BARAJAS aka JULIE NIEVAS-BARAJAS, an individual; JULIO NIEVAS, an individual,<br><br>Defendants. | CASE NO.  CV-11-1281-R<br><br>**ORDER FOR DISMISSAL**<br><br>**[FRCP Rule 41(a)(1)(A)(ii)]** |

    Having read and considered Plaintiff AG GROWER SALES, LLC ("Plaintiff") and Defendants PREMIER FRESH, EDGAR BARAJAS, and JULISA NIEVAS-

11-115/Proposed Order for Dismissal.doc          1

BARAJAS aka JULIE NIEVAS-BARAJAS' stipulation for dismissal, and all pleadings and exhibits already on file with this court, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action is dismissed as against Defendants PREMIER FRESH, EDGAR BARAJAS, and JULISA NIEVAS-BARAJAS aka JULIE NIEVAS-BARAJAS, and no other defendant, in its entirety, with prejudice. Each party to bear his/her/its own costs.

IT IS SO ORDERED.

DATED:_Sept. 15, 2011__           _____
                                                HON. Manuel L. Real
                                                U.S. DISTRICT COURT JUDGE

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953